Tammy Hussin, Esq. (SBN 155290)
Hussin Law
6404 Merlin Dr. #100
Carlsbad, CA 92011
Tel. 877.677.5397
Fax 877.667.1547
Tammy@HussinLaw.com

Attorney for Plaintiff JENNIFER FLORES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JENNIFER FLORES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COLORADO TECHNICAL UNIVERSITY; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:14-cv-00696-BRO-RZ<br><br>**STIPULATION FOR DISMISSAL**<br>(Proposed Order Filed Concurrently)<br><br>Judge: Beverly Reid O'Connell<br>Complaint Filed: January 29, 2014 |

　　　PLEASE TAKE NOTICE IT IS HEREBY STIPULATED, pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Jennifer Flores ("Plaintiff"), dismisses the above-mentioned matter with prejudice with each party bearing their own costs.

Dated: December 15, 2014　　　　　By: _/s/Tammy Hussin_
　　　　　　　　　　　　　　　　　　Tammy Hussin, Esq.
　　　　　　　　　　　　　　　　　　HUSSIN LAW FIRM
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff, Jennifer Flores

Stip. For Dismissal　　　- 1 -　　　Case No. 2:14-cv-00696-BRO-RZ

1
2
3   DATED: December 15, 2014        By:___*/s/ James E.. Payer*_____
4                                        James E. Payer, Esq.
                                         KATTEN MUCHIN ROSENMAN, LLP_
                                         Attorneys for Defendant,
5                                        Colorado Technical University
6
7
8
9   Signed by Plaintiff attorney, Tammy Hussin, with permission granted by Defendant attorney, James E. Payer.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 6404 Merlin Dr., #100, Carlsbad, CA 92011.

On December 15, 2014, I served the foregoing document entitled **STIPULATION FOR DISMISSAL** on interested parties in this action by placing a true copy thereof, enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Stuart M. Richter, Esq.<br>  stuart.richter@kattenlaw.com<br>James E. Payer, Esq.<br>  James.payer@kattenlaw.com<br>Katten Muchin Rosenman LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067-3012<br>Telephone: 310-788-4400<br>Facsimile: 310-788-4471 | Attorneys for Defendant Colorado Technical University, Inc., improperly sued as Colorado Technical University |
| Terance A. Gonsalves, Esq.<br>  terance.gonsalves@kattenlaw.com<br>Katten Muchin Rosenman LLP<br>525 West Monroe Street<br>Chicago, IL 60661-3693<br>Telephone: 877-677-5397<br>Facsimile: 877-667-1547 | Attorneys for Defendant Colorado Technical University, Inc., improperly sued as Colorado Technical University |

__ **[BY MAIL]** I enclosed the document(s) in a sealed envelope or package addressed to the person(s) at the address(es) listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of this business for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Services, in a seal envelope with postage fully prepaid.

__ [**BY FACSIMILE TRANSMISSION**] Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the person(s) at the fax numbers listed above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

X  [**BY ELECTRONIC SERVICE**] My electronic address is cjohnson@HussinLaw.com. On the date set forth herein at 11:00 a.m., I electronically served the above-listed document(s) to the person(s) at the electronic address(es) listed, whose prior consent to such method of service has been obtained.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed at San Diego, California.

                                         ___/s/ Cine Johnson _____
                                         Cine Johnson