JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JENNIFER FLORES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COLORADO TECHNICAL UNIVERSITY; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:14-cv-00696-BRO-RZ<br><br>**ORDER OF DISMISSAL** |

## **ORDER**

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

**IT IS SO ORDERED.**

Dated: December 23, 2014

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE